# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RAPHAEL ROBERT CALDWELL, | : | Case No. 1:21-cv-657 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| WEST CHESTER POLICE DEPARTMENT, *et al.*, | : | |
| Defendants. | : | |

### DECISION AND ENTRY ADOPTING
### THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 23)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 6, 2023, submitted a Report and Recommendation, recommending that case be dismissed for want of prosecution. Plaintiff did not file objections and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report is adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** in its entirety.

2. The case is **DISMISSED with prejudice** for want of prosecution pursuant to Fed. R. Civ. P 41(b).

3. The Court **CERTIFIES** that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Court's Order would not be taken in good faith and **DENIES** Plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

4. The Clerk shall enter judgment accordingly and terminate the action upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 3/27/2023                                                                    *s/Timothy S. Black*
                                                                                                Timothy S. Black
                                                                                                United States District Judge

2